# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT LETELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-5008** |
| **JAMES LEBLANC, NATHAN CAIN** | **SECTION "I"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Robert Letell, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Robert Letell's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of June, 2016.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**